UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABIDEMI RUFAI,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | NO.  3:23-mc-5003-BHS<br><br>(3:21-CR-5186-1)<br><br>**Application for Writ of Continuing Garnishment** |

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court for the Western District of Washington for an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment to enforce the Judgment entered in *United States v. Abidemi Rufai*, No. 3:21-CR-5186-1, United States District Court for the Western District of Washington (September 26, 2022), against Abidemi Rufai (hereinafter "Defendant/Judgment Debtor"), whose last known address is: Abidemi Rufai, Register No. 83912-053, FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640.  The judgment award is

$604,460, consisting of $604,260 in Criminal Restitution, under the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663 *et seq.*, and $200.00 in a Special Assessment. A balance of $604,460.00 remains outstanding as of December 6, 2022. Demand for payment of the above-stated debt was made upon the Defendant/Judgment Debtor not less than 30 days from the date of this application and Defendant/Judgment Debtor has failed to satisfy the debt. *See* Declaration of Crissy Leininger in Support of Application for a Writ of Continuing Garnishment.

The United States believes that the Garnishee owes or will owe money or property to the Defendant/Judgment Debtor, or is in possession, custody or control of property of the Defendant/Judgment Debtor, and the Defendant/Judgment Debtor holds a substantial nonexempt interest in the money or property.

The name and address of the Garnishee or its authorized agent is:

Wells Fargo Bank, N.A.
Attn: Summons and Subpoenas Department
Mac: S4001-OLE
P.O. Box 29779
Phoenix, AZ 85038

DATED this 3rd day of January, 2023.

NICHOLAS W. BROWN
United States Attorney

s/Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: kyle.forsyth@usdoj.gov