**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>ABIDEMI RUFAI,<br><br>       Defendant/Judgment Debtor,<br><br> and<br><br>WELLS FARGO BANK, N.A.,<br><br>       Garnishee. | NO. 3:23-mc-5003<br><br>(3:21-CR-5186-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Abidemi Rufai, from Wells Fargo Bank, N.A., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Wells Fargo, N.A., whose address is Wells Fargo Bank, N.A., Attn: Summons and Subpoenas Department, P.O. Box 29779, mail: S4001-OLE, Phoenix, AZ 85038.

//

DATED this 5th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail:  kyle.forsyth@usdoj.gov