<b>The Honorable Benjamin H. Settle</b>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ABIDEMI RUFAI,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>WELLS FARGO BANK, N.A.,<br><br>        Garnishee. | NO.  3:23-MC-5003- BHS<br><br>(3:21-CR-5186-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Wells Fargo Bank, N.A. is relieved of further responsibility pursuant to this garnishment.

//

---

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Abidemi Rufai and Wells Fargo Bank, N.A.*)

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  DATED this 6th day of March, 2023.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. Abidemi Rufai and Wells Fargo Bank, N.A.*)

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970